**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:08CR221** |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **GONZALO GAONA-LOZANO,** ) | |
| ) | |
| Defendant. ) | |

    This matter is before the court on the motion of Assistant Federal Public Defender Michael F. Maloney and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Gonzalo Gaona-Lozano (Gaona-Lozano) (Filing No. 16).  Mr. Maloney represents he has a conflict of interest in this matter.  Mr. Maloney's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 16) is granted.  Julie A. Frank, 1823 Harney Street, #201, Omaha, NE 68102, (402) 346-0874, is appointed to represent Gaona-Lozano for the balance of these proceedings pursuant to the Criminal Justice Act.  Mr. Maloney shall forthwith provide Ms. Frank with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Maloney which are material to Gaona-Lozano's defense.

    **IT IS SO ORDERED.**

    DATED this 18th day of July, 2008.

                                                                   BY THE COURT:

                                                                 s/Thomas D. Thalken
                                                                 United States Magistrate Judge