**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:08CR221** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **GONZALO GAONA-LOZANO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Julie A. Frank to withdraw as counsel for the defendant, Gonzalo Gaona-Lozano (Gaona-Lozano) (Filing No. 21). Ms. Frank represents she has a conflict of interest in this matter as she recently determined her law partner represents another person relevant to these proceedings. Ms. Frank's motion to withdraw (Filing No. 21) is granted. Lawrence G. Whelan, 3138 Cuming Street, Omaha, NE 68131, (402) 342-2412, is appointed to represent Gaona-Lozano for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Whelan shall enter his appearance forthwith. Ms. Frank shall forthwith provide Mr. Whelan with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Frank which are material to Gaona-Lozano's defense.

The clerk shall provide a copy of this order to the Office of the Federal Public Defender.

**IT IS SO ORDERED.**

DATED this 13th day of August, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge